UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL TRUJILLO**,<br><br>          Plaintiff,<br><br>     v.<br><br>**VACO TECHNOLOGY SERVICES, LLC, ET AL.**,<br><br>          Defendants. | Case No. 15-cv-03030-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE RE: SANCTIONS**<br><br>Re: Dkt. No. 11 |

On July 14, 2015, this case was reassigned to the undersigned judge. Thereafter, the Clerk issued a notice setting the initial case management conference in this matter for October 5, 2015, with the case management statement due by September 28, 2015. As of this date, no case management statement has been filed.

As Defendant has not yet appeared, **PLAINTIFF DANIEL TRUJILLO AND HIS COUNSEL OF RECORD ARE ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Case Management Statement.

A hearing on this Order to Show Cause will be held on **Friday, October 16, 2015,** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **October 9, 2015**, plaintiff shall file a written response to this Order to Show Cause why he should not be sanctioned for his failure to timely file a joint case management statement and a statement regarding the status of his prosecution of the case, including whether any defendants have yet been served. If the Court is satisfied with the written

response, plaintiff will not be required to appear at the hearing and the Court will vacate the October 16, 2015 date.  Otherwise, lead trial counsel must appear personally at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.

Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for October 5, 2015, is **CONTINUED** to **November 16, 2015**.

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**